UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEVADA

| | |
|---|---|
| **In re:** | Chapter 11 |
| **World Botanical Gardens, Inc.** | Case No. BK – 13-50833 BTB |
| ☒ Affects this Debtor | ORDER AUTHORIZING DEBTOR TO: (1) PAY PREPETITION PRIORITY WAGES; (2) HONOR ACCRUED VACATION AND OTHER BENEFITS; (3) PRESERVE ITS RELATIONSHIP WITH INTUIT PAYROLL SERVICES, (4) MAKE DIRECT DEPOSITS TO EMPLOYEE SIMPLE IRA ACCOUNTS, AND (5) PAY UNEMPLOYMENT INSURANCE AS REQUIRED BY HAWAII LAW |

Debtor filed an emergency motion for the entry of an order authorizing the Debtor to (1) pay pre-petition priority wages, commissions, benefits and reimbursable expenses (collectively, "Wages") to the Debtor's employees, (2) honor pre-petition accrued vacation and leave benefits in the ordinary course of the Debtor's business, (3) preserve its relationship with Intuit Payroll Services, Inc., (4) make deposits to employee SIMPLE IRA accounts, and (5) pay unemployment insurance, provided that no employee shall receive in value over $11,725 on account of the foregoing pre-petition claims (the "Motion").

14

1   Having reviewed the Motion and heard the statements of counsel
2   regarding the relief requested in the Motion at a hearing before
3   the Court (the "Hearing"), the Court finds that:

4   (a)    the Court has jurisdiction over this matter pursuant to
5          28 U.S.C. 1334;

6   (b)    Notice was adequate;

7   (c)    the Hearing was sufficient under the circumstances; and

8   (d)    the legal and factual bases set forth in the Motion
9          establish just cause for the relief requested.

10  THE COURT HEREBY FINDS AND CONCLUDES THAT:

11  Granting the requested relief as set forth in the Debtor's
12  Motion is in the best interest of the Debtor and its estate and
13  necessary to avoid immediate and irreparable harm.

14  IT IS HEREBY ORDERED THAT:

15  The Motion is hereby GRANTED.

16  Debtor is authorized to:

17  (a)    pay and/or honor all pre-petition priority Wages to its
18         employees as requested herein, including, without
19         limitation, any outstanding checks for Wages issued by
20         Intuit Payroll Services pre-petition to employees and the
21         issuing of replacement checks to the extent necessary to pay
22         such Wages;

23  (b)    honor accrued vacation and leave benefits in the ordinary
24         course of business, provided that no employee shall receive
25         in value over $1,500 on account of such pre-petition claims
26         for Wages and vacation and leave benefits;

27  (c)    maintain Debtor's relationship with Intuit Payroll
28         Services;

15

1    (d)  make deposits to employee SIMPLE IRA accounts for

2      participating employees; and

3    (e)  pay unemployment insurance costs directly when due as

4      provided by Hawaii law.

5

6

7 Prepared By:

8 Robert W. Story, Bar No. 1268
2450 Vassar Street, Suite 3B
Reno, Nevada 89502

9

Attorney for Acting United States Trustee
August B. Landis

10 Proposed Reorganization Counsel for Debtor

###

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

16