E-FILED June 4, 2013

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

|  |  |
|---|---|
| WORLD BOTANICAL GARDENS, INC, | Case No. 13-50833-MKN<br>Chapter 11<br><br>REPORT OF U.S. TRUSTEE AT<br>SECTION 341(a) MEETING |
| Debtors. |  |

1. Date of Hearing: June 3, 2013
   Time of Hearing: 4:00 p.m.
2. Meeting is: ☐ Concluded;  ☒ Continued to  6/17/13 at 3:00 p.m.

   Reason for continuation:
   ☐ Debtor(s) failed to file schedules and/or statement of financial affairs.
   ☐ Debtor(s) failed to cooperate with the U.S. Trustee.
   ☐ Debtor(s) failed to appear.
   ☐ Debtor(s) not represented by counsel.
   ☒ Other: _341 not noticed  SOFA late filed_

3. Debtor's bank: _Bank of Hawaii_
   Final bank statement of pre-petition account provided?  ☒ Yes  ☐ No

4. Attorney's Disclosure of Fee Arrangement filed?  ☐ Yes  ☒ No  _Needed_
   Attorney's Application for Employment?  ☐ Yes  ☒ No

5. Reports submitted:  ☒ Evidence of Insurance
   ☒ Income Tax Returns
   ☐ Inventory
   ☐ Accounts Receivable
   ☐ Accounts Payable

6. First Monthly Operating Report for the month of  _4/13_  is due on: _6/20/13_.

7. U.S. Trustee appointed creditors' committee?  ☐ Yes  ☒ No

8. Additional reports or documents requested by U.S. Trustee: _Emp. Apps for profess._

9. Reason for filing petition under chapter 11: _Sell property_

10. Plan proposal: _Sell property_

11. If creditors present, see attached creditor sign-in sheet.

August B. Landis
Acting United States Trustee

By: William B. Cossitt, Attorney

DATED: June 3, 2013