B9F (Official Form 9F) (Chapter 11 Corporation/Partnership Case) (12/12)

| UNITED STATES BANKRUPTCY COURT | District of Nevada |

## Notice of
## Chapter 11 Bankruptcy Case, Meeting of Creditors, & Deadlines

[A chapter 11 bankruptcy case concerning the debtor(s) listed below was filed on April 30, 2013 (date).]
or [A bankruptcy case concerning the debtor(s) listed below was originally filed under chapter _____ on _____ (date) and was converted to a case under chapter 11 on _____ (date).]

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below.
NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

**Creditors -- Do not file this notice in connection with any proof of claim you submit to the court.**
See Reverse Side for Important Explanations.

| Debtor(s) (name(s) and address): WBGI<br>PO Box 324, Hakalua, HI 96710 | Case Number: BK-13-50833-BTB |
| --- | --- |
| | Last four digits of Social-Security or Individual Taxpayer-ID (ITIN) No(s)./Complete EIN: 99-0326056 |
| All other names used by the Debtor(s) in the last 8 years (include trade names):<br>World Botanical Gardens, Inc. | Attorney for Debtor(s) (name and address):<br>Robert W. Story<br>2450 Vassar St. 3B<br>Reno, NV 89502<br>Telephone number: 775 284-5510 |

### Meeting of Creditors

Date: 6/17 2013  Time: ( ) A.M.  Location: 300 Booth Street, Reno, NV 89509
                       3:00 P.M.

### Deadline to File a Proof of Claim

Proof of Claim must be *received* by the bankruptcy clerk's office by the following deadline:

Notice of deadline will be sent at a later time.

**Creditor with a Foreign Address:**
A creditor to whom this notice is sent at a foreign address should read the information under "Claims" on the reverse side.

### Deadline to File a Complaint to Determine Dischargeability of Certain Debts:

### Creditors May Not Take Certain Actions:
In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

| Address of the Bankruptcy Clerk's Office:<br>300 Booth Street<br>Reno, NV 89509<br>Telephone number: (775) 784-5559 | For the Court:<br>Clerk of the Bankruptcy Court: |
| --- | --- |
| Hours Open: | Date: |

B10 (Official Form 10) (04/13)

| UNITED STATES BANKRUPTCY COURT | | PROOF OF CLAIM |
|---|---|---|
| Name of Debtor: World Botanical Gardens, Inc. | Case Number: 13-50833-BTB | |

NOTE: *Do not use this form to make a claim for an administrative expense that arises after the bankruptcy filing. You may file a request for payment of an administrative expense according to 11 U.S.C. § 503.*

Name of Creditor (the person or other entity to whom the debtor owes money or property):

**COURT USE ONLY**

Name and address where notices should be sent:

☐ Check this box if this claim amends a previously filed claim.

**Court Claim Number:**_____
(*If known*)

Telephone number:            email:

Filed on:_____

Name and address where payment should be sent (if different from above):

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to this claim. Attach copy of statement giving particulars.

Telephone number:            email:

1. **Amount of Claim as of Date Case Filed:**    $_____

If all or part of the claim is secured, complete item 4.

If all or part of the claim is entitled to priority, complete item 5.

☐ Check this box if the claim includes interest or other charges in addition to the principal amount of the claim. Attach a statement that itemizes interest or charges.

2. **Basis for Claim:** _____
   (See instruction #2)

| 3. Last four digits of any number by which creditor identifies debtor: | 3a. Debtor may have scheduled account as: | 3b. Uniform Claim Identifier (optional): |
|---|---|---|
| | (See instruction #3a) | (See instruction #3b) |

4. **Secured Claim (See instruction #4)**
Check the appropriate box if the claim is secured by a lien on property or a right of setoff, attach required redacted documents, and provide the requested information.

Amount of arrearage and other charges, as of the time case was filed, included in secured claim, if any:

$_____

Nature of property or right of setoff:   ☐ Real Estate   ☐ Motor Vehicle   ☐ Other
Describe:

Basis for perfection: _____

Value of Property: $_____

Amount of Secured Claim:   $_____

Annual Interest Rate_____% ☐ Fixed  or  ☐ Variable
(when case was filed)

Amount Unsecured:   $_____

5. **Amount of Claim Entitled to Priority under 11 U.S.C. § 507 (a).** If any part of the claim falls into one of the following categories, check the box specifying the priority and state the amount.

☐ Domestic support obligations under 11 U.S.C. § 507 (a)(1)(A) or (a)(1)(B).

☐ Wages, salaries, or commissions (up to $12,475*) earned within 180 days before the case was filed or the debtor's business ceased, whichever is earlier – 11 U.S.C. § 507 (a)(4).

☐ Contributions to an employee benefit plan – 11 U.S.C. § 507 (a)(5).

**Amount entitled to priority:**

☐ Up to $2,775* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. § 507 (a)(7).

☐ Taxes or penalties owed to governmental units – 11 U.S.C. § 507 (a)(8).

☐ Other – Specify applicable paragraph of 11 U.S.C. § 507 (a)(__).

$_____

*Amounts are subject to adjustment on 4/01/16 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

6. **Credits.** The amount of all payments on this claim has been credited for the purpose of making this proof of claim. (See instruction #6)

# CERTIFICATE OF NOTICE
Case Number: BK-13-50833-BTB

The following entities were noticed by first class mail on June 5, 2013.

Segway Hawaiian LLC, 1551 Ala Wai #2002, Honolulu, HI 96815
Star Insurance Co. PO Box 31130, Tampa, FL 33631-3130
U. S. Attorney, Civil Process Clerk, 100 W. Liberty St. Reno, NV 89501
U.S. Department of Justice, 950 Pennsylvania Ave. NW, Washington, DC 20530-0001
United States Trustee Nicholas Strozza, 300 Booth Street, Room 201, Reno, Nevada 89509
IRS Centralized Insolvency Operation, PO Box 21126, Philadelphia, PA 19114-0326
Kona Hawaii, PO Box 972, Hilo, HI 96721-7270
Marketing Solutions NW, 5025 N. Argonne Lane, #6, Spokane, WA 99212
Preston's Photos, LLC, 17900 S. Anderson Road, Oregon City, OR 97045
Richard Anderson, PO Box 166, Hakalau, HI 96710
Sales & Marketing Services PO Box 15341, Honolulu, HI 96830
Bryant Properties, Inc. PO Box 397, Amery, WI 54001
Kubota Credit Corp. USA, PO Box 894717, Los Angeles, CA 90018
Central Pacific Bank Payment Processing, PO Box 135010, Honolulu, HI 96801
Hawaii State Tax Collector, PO Box 259, Honolulu, HI 96809-0259
Mark A. Robinson, 17224 N. West Shore Road, Nine Mile Falls, WA 99026
Richer & Overholt PC, 901 W. Baxter Drive, South Jordan, UT 84095
John F. Bradley, Jr., 28 N. First Street #400, San Jose, CA 95113-1210
Golden Oaks Developers, Inc. 8400 Capstan Circle, Bradley, CA 93426
Leslie Cobos, 24265 Tossano Drive, Valencia, CA 91355
Walter Wagner, 532 North N 700 E, Payson, UT 84651

Total Noticed: 21

I, Robert W. Story, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: June 6, 2013          Signature: _____