WALTER L. WAGNER
532 N 700 E
Payson, Utah 84651
retlawdad@hotmail.com
808-443-6344

RECEIVED
AND FILED

2013 JUN 7 PM 1 29

U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| *In re* | ) | Case No. 13-50833 |
|---|---|---|
| | ) | |
| WORLD BOTANICAL GARDENS, INC. | ) | |
| | ) | **MOTION FOR APPOINTMENT** |
| | ) | **OF A TRUSTEE AND IN** |
| | ) | **OPPOSITION TO DEBTOR'S** |
| | ) | **MOTIONS** |
| | ) | |

## MOTION FOR APPOINTMENT OF A TRUSTEE AND IN OPPOSITION TO DEBTOR'S MOTIONS

Creditor Walter L. Wagner respectfully moves for appointment of a dedicated Trustee to oversee the financial affairs of debtor World Botanical Gardens, Inc. (WBGI).

Serious questions have been raised regarding frauds worked by the current management of WBGI that have resulted in the filing of the instant bankruptcy petition, and likewise questions have been raised regarding the apparent intent to disburse the remaining assets of WBGI to certain selected shareholders to the detriment of the shareholders as a whole. Those frauds include the actual 'selection' process of the current management team, litigations in which it engaged in violation of agreements with shareholders and without a valid basis to expend shareholder funds, illegal contracts to disburse the WBGI assets to friends and associates of certain members of the current board, and other questionable practices.

Creditor Wagner is the single largest creditor of WBGI, being owed approximately $900,000 for past services rendered, compounded with simple interest thereon at 10% per annum since 2004 when the amount was closer to $450,000 (which amount was still the largest single creditor) and which claim is

currently pending in Hawaii district court after creditor Wagner prevailed in the Hawaii appellate court.

This motion for appointment of a Trustee is supported by the accompanying affidavits of Cal Andrus, Dan Perkins and Walter L. Wagner, the supporting memorandum of law, the records on file herein, and such other and further information as may be presented herein.

DATED:   June 1, 2013

_/s/ Walter L. Wagner_
Walter L. Wagner