KEVIN A. DARBY, NVSB#7670
TRICIA M. DARBY, NVSB#7956
DARBY LAW PRACTICE, LTD.
4777 Caughlin Parkway
Reno, Nevada 89519
Telephone: (775) 322-1237
Facsimile: (775) 996-7290
E-mail: kevin@darbylawpractice.com

[*Proposed*] Attorney for Debtors and
Debtors in Possession

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>WORLD BOTANICAL GARDENS, INC.,<br><br>Debtor. | CASE NO.:  BK-N-13-50833-BTB<br>Chapter 11<br><br>**DEBTORS' STATUS REPORT**<br><br>Hearing Date:  June 27, 2013<br>Hearing Time: 2:00 p.m. |

Debtor and Debtor in Possession, WORLD BOTANICAL GARDENS, INC., hereby provide this status report regarding the Debtors' efforts towards reorganization.

**I.   Significant Events During This Case**

This case was filed on April 30, 2013, under Chapter 11 of the Bankruptcy Code (the "Petition Date"). Since the filing of this case the Debtor has accomplished the following:

1) After filing incomplete schedules and statements on the Petition Date, Debtor filed completed schedules and statements on May 2, 2013. *See Dkt No. 9 – Dkt. No. 16.*

2) Debtor obtained Court permission to pay prepetition wages and continue its payroll management process and services. *See Dkt. No. 38.*

3) Debtor obtained Court approval for the continued use of Debtor's cash management system, including the continued use of certain prepetition bank accounts. *See Dkt. No. 39.*

-1-

4) Debtor obtained Court approval to continue to employ the law firm of Richer & Overholt to preserve and pursue claims held by Debtor in the Chapter 7 bankruptcy case of Walter L. Wagner, pending in the United States Bankruptcy Court for the District of Utah *See Dkt. No. 52.*

5) Debtor has retained experienced Chapter 11 bankruptcy counsel, Darby Law Practice, LTD, to represent the Debtor in this case. *See Dkt. Nos. 53-54.*

6) On June 17, 2013, Debtor attended its continued 11 U.S.C. §341 meeting of creditors through management and represented by Darby Law Practice, LTD, at which the §341 meeting was formally concluded. *See Dkt. No. 51.*

## II. General Game Plan Going Forward

Debtor is preparing an amended and restated motion to sell substantially all of Debtor's assets pursuant to 11 U.S.C. §363. Debtor projects that the §363 motion to sell will be filed within 14 to 21 days after the status conference set for June 27, 2013. Debtor anticipate seeking an order to have the motion to sell heard by the Court on shortened time, as time is of the essence in completing the proposed sale to the interested buyer(s). Upon completion of the contemplated sale of Debtor's assets, Debtor will reassess its status and determine how to proceed in this case going forward.

DATED this 26th day of June, 2013.

DARBY LAW PRACTICE, LTD.

By: /s/ Kevin A. Darby
KEVIN A. DARBY, ESQ.
[Proposed] Reorganization Counsel
for Debtors and Debtors in Possession